Before JOLLY, JONES and DeMOSS, Circuit Judges.

PER CURIAM: *

The court has carefully considered this case in light of the briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error of fact or law. The judgment of the district court is **AFFIRMED** for essentially the reasons stated by the bankruptcy court, as affirmed by the district court. *See* 5th Circuit Loc. Rule 47.6.

**In re Louis J. PROVENZA; Northshore Neurological Surgery Association, Debtors.**

**Louis J. Provenza, Appellant,**

**v.**

**Louanne Friend, Appellee.**

**No. 04–30921.**

United States Court of Appeals, Fifth Circuit.

Decided May 18, 2005.

Leslie Joseph Schiff, Schiff Law Corp, David Patrick Keating, Opelousas, LA, for Appellant.

Mark Samuel Goldstein, Alicia Martone Bendana, Lowe, Stein, Hoffman, Allweiss & Hauver, New Orleans, LA, for Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.